JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>    Plaintiff, <br><br>    vs. <br><br>JOSE GALEANA, <br>GENARO MATA-ABARCA, <br>JORGE GALEANA-ABARCA, <br>SIMONE MATA-HERNANDEZ, <br><br>    Defendants. | NO.  CR05-5208FDB <br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

Upon motion of the defendants to continue the trial date and pretrial motions due date, the Court having considered the pleadings of the parties, the records and files herein, hereby finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date in this case shall be continued from May 16, 2005 to August 15, 2005 at 9:00 a.m.

IT IS FURTHER ORDERED that the pretrial motions cutoff date shall be continued to May 6, 2005.

//

ORDER GRANTING
STIPULATED MOTION TO CONTINUE
PRETRIAL MOTIONS DEADLINE            1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**

//

IT IS FURTHER ORDERED the period of time from the current trial date of May 16, 2005, up to and including the new trial date of August 15, 2005, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DONE this 19th day of April, 2005.

    /s/ Franklin D Burgess
JUDGE FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented By:

/s/ Colin Fieman
Colin Fieman, Attorney for Defendant Genaro Mata-Abarca

ORDER GRANTING
STIPULATED MOTION TO CONTINUE
PRETRIAL MOTIONS DEADLINE                    2

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710