UNITED STATES DISCTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JOSE GALEANA<br>GENARO MATA-ABARCA<br>JORGE GALEANA-ABARCA and<br>SIMONE MATA-HERNANDEZ<br><br>Defendants. | NO. CR 05-5208 FDB<br><br>Order Continuing Pretrial Motions Deadline |

**Order**

Mr. Galeana-Abarca moves the Court to extend the pretrial motions cut-off from 5/6/05 to 6/10/05.  Good cause exists to extend the deadline in light of language barriers of at least 2 of the Defendants and the need for defense counsel to have sufficient time to review discovery with their clients.  Accordingly, the Court GRANTS the stipulated motion and the new Pretrial Motions Cut-off for all defendants is 6/10/05.  Entered this 5th day of May, 2005.

 /s/ Ronald B Leighton
RONALD B LEIGHTON
UNITED STATES DISTRICT JUDGE

Order Continuing PTM cut-off                    1                    PHIL BRENNAN, Esq.
P.O. Box 22837
Seattle, WA 98122
(206) 372-5881

Presented by:
/s/
Phil Brennan; Date: 5/5/05
Representing Def. Galeana-Abarca

We agree with this order and waive presentment:

/s/ per email approval
MaryKaye High; Date: 5/2/05
Representing Mr. Galeana

/s/ per email approval
Colin Fieman; Date: 5/2/05
Representing Mr. Galeana-Abarca

/s/ per email approval
Ron Ness; Date: 5/4/05
Representing Mr. Mata-Hernandez

/s/ per confirmation through legal assistant
Patricia C. Lally; Date: 5/4/05
Representing USA

Order Continuing PTM cut-off        2            PHIL BRENNAN, Esq.
                                                 P.O. Box 22837
                                                 Seattle, WA 98122
                                                 (206) 372-5881