UNITED STATES DISTRICT COURT, WESTERN
DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>  v.<br><br>JOSE GALEANA,<br>GENARO MATA-ABARCA,<br>JORGE GALEANA-ABARCA,<br>SIMONE MATA-HERNANDEZ,<br><br>                      Defendants. | NO. CR05-5208FDB<br><br>ORDER GRANTING MOTION TO EXTEND THE FILING TIME FOR MOTIONS |

Upon the joint motion of defendant Galeana and the United States to extend the due dates for the pretrial motions in the above captioned case, the Court finds that such a continuance would serve the ends of justice and the due administration of law, and outweigh the best interests of the public and the defendant in trial; therefore,

IT IS HEREBY ORDERED that the pretrial motions and

ORDER GRANTING STIPULATED
MOTION TO EXTEND MOTIONS CUT-
OFF DATE - 1

[]

LAW OFFICES
MARY KAY HIGH
109 TACOMA AVENUE NORTH
TACOMA, WASHINGTON 98403
(253) 572-6865

memorandum in support in the above captioned case be continued from

June 10, 2005 to June 17, 2005 and reply briefs due on June 27, 2005.

DONE this 17th day of June 2005

    /s/ Franklin D Burgess
The Honorable Franklin Burgess
UNITED STATES DISTRICT
COURT JUDGE

Presented by:

*Mary Katherine High*
Mary Kay High
Attorney for defendant

ORDER GRANTING STIPULATED
MOTION TO EXTEND MOTIONS CUT-
OFF DATE - 2

[]

LAW OFFICES
**MARY KAY HIGH**
109 TACOMA AVENUE NORTH
TACOMA, WASHINGTON  98403
(253) 572-6865