UNITED STATES DISTRICT COURT, WESTERN
DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　Plaintiff,<br><br>　　v.<br><br>JOSE GALEANA,<br>　Defendant. | NO. CR05-5208FDB<br><br>ORDER GRANTING MOTION TO EXCUSE DEFENDANT JOSE GALEANA |

Upon the motion of defendant Jose Galeana to excuse the presence of defendant and his counsel from the hearings scheduled for July 13, 2005 at 9:00 a.m., the Court finds that this motion would serve the ends of justice and the due administration of law, and therefore,

//

//

ORDER GRANTING STIPULATED
MOTION TO EXCUSE - 1

[]

IT IS HEREBY ORDERED that the defendant's motion to be excused is granted.

DONE this 12th day of July 2005

      /s/ Franklin D Burgess
The Honorable Franklin Burgess
UNITED STATES DISTRICT
COURT JUDGE

Presented by:

*Mary Katherine High*
Mary Kay High
Attorney for defendant

ORDER GRANTING STIPULATED
MOTION TO EXCUSE - 2
[]

LAW OFFICES
MARY KAY HIGH
109 TACOMA AVENUE NORTH
TACOMA, WASHINGTON  98403
(253) 572-6865