THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE GALEANA,<br>GENARO MATA-ABARCA,<br>JORGE GALEANA-ABARCA and<br>SIMONE MATA-HERNANDEZ,<br><br>　　　　Defendants. | NO. CR05-5208FDB<br><br>ORDER TO CONTINUE<br>THE DATE TO FILE TRIAL BRIEF,<br>WITNESS AND EXHIBIT LISTS,<br>AND JURY INSTRUCTIONS |

THIS MATTER having come before the Court on the government's motion to continue the date to file its trial brief, witness and exhibit lists and proposed jury instructions, the Court having reviewed the motion, and the records and files herein;

IT IS NOW THEREFORE ORDERED that the due date for the government to file its trial brief, witness and exhibit lists and proposed jury instructions is continued by one week from July 28, 2005 to August 4, 2005.

DATED this  29th  day of  July , 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

 s/ Patrica C. Lally
PATRICIA C. LALLY
Assistant United States Attorney
WA Bar # 28910

ORDER CONT DATE TO
FILE TRIAL BRIEF
GALEANA — 1
CR05-5208FDB